# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2812
_____

DARREL FRED SWEARINGEN,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


June 18, 2025


PER CURIAM.

   The Court dismisses the petition alleging ineffective assistance of appellate counsel on the merits. *See* Fla. R. App. P. 9.141(d)(6)(C).

LEWIS, ROWE, and BILBREY, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Darrel Fred Swearingen, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.